

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| DAVID CADENA | 3-19CR-631-B |

# INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Carjacking Resulting in Serious Bodily Injury
(Violation of 18 U.S.C. § 2119(2))

On or about September 21, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **David Cadena**, with intent to cause death and serious bodily harm, did knowingly and unlawfully take, and attempt to take, a motor vehicle, to wit: a 2015 Toyota Corolla, bearing vehicle identification number (VIN) 5YFBURHE2FP244863 and Texas license plate number KKH2772, that had been transported, shipped, and received in interstate and foreign commerce, from the person and the presence of another, namely, J.K., by force and violence and by intimidation, resulting in serious bodily injury that involved a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, and mental faculty to J.K.

In violation of 18 U.S.C. § 2119(2).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8638
Facsimile: 214-659-8805
Email: gary.tromblay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DAVID CADENA

INDICTMENT

18 U.S.C. § 2119(2)
Carjacking Resulting in Serious Bodily Injury
(Count 1)

1 Count

A true bill rendered

DALLAS                                                                                      FOREPERSON

Filed in open court this _3_ day of December, 2019.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:19-MJ-01015-BT