UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:19-CR-631-B |
| | § | |
| DAVID CADENA, | § | |
|    Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Defendant **DAVID CADENA**, through counsel, has filed an Unopposed Motion for Continuance of Trial and Pretrial Deadlines (doc. 17).  Said motion, in accordance with the findings set forth below, on this December 30, 2019, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendant in a speedy trial.  In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, it is ORDERED that the captioned case is set for trial on April 20, 2020 at 9:00 a.m.  Pretrial motions, if any, are due March 9, 2020, and responses thereto are due March 23, 2020.  Pretrial materials are due April 6, 2020.  The pretrial conference will be set for April 17, 2020 at 10:00 a.m.

**SO ORDERED**.

**SIGNED:** December 30, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE